IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

_____

CERTAIN UNDERWRITERS AT
LLOYD'S, LONDON,

    Plaintiff,

v.                                                                                                                                 No. <u>2:12-cv-265</u>

WILLIAM GREENE, MAIJA GREENE,
WILLIAM L. GREENE, SR., VIVIAN
GREENE, MORRISTOWN BLOCK &
CONCRETE PRODUCTS COMPANY,
APPALACHIAN PRODUCTS, INC.,
AND BLUE RIDGE MATERIALS, INC.

    Defendants.
_____

## **STIPULATION OF DISMISSAL**
_____

      Comes now the Plaintiff, Certain Underwriters at Lloyd's, London, and hereby dismisses its action against the Defendants, William Greene, Maija Greene, William L. Greene, Sr., Vivian Greene, Morristown Block & Concrete Products Company, Appalachian Products, Inc., and Blue Ridge Materials, Inc., with prejudice with each party to bear its own costs, said costs having been paid.

                                                                   Respectfully submitted,

                                                                   BRATTON, O'NEAL & THORP, P.C.

                                                                   By<u> /s/ Gregory W. O'Neal</u>_____
                                                                       Gregory W. O'Neal - #15860
                                                                       Attorney for Plaintiff
                                                                       675 Oakleaf Office Lane, Suite 200
                                                                       Memphis, Tennessee  38117-4863
                                                                       (901) 684-6100
                                                                       (901) 684-6106 - Fax
                                                                       Email: [gregoneal@brattononeal.com](mailto:gregoneal@brattononeal.com)

CAPPS, CANTWELL, CAPPS & BYRD

By  /s/ Christopher P. Capps_____
   Christopher P. Capps
   Attorney for William Greene, Maija Greene,
   William L. Greene, Sr., and Vivian Greene
   P. O. Box 1897
   Morristown, TN 37816-1897
   (423) 586-3083
   (423) 586-0513 – Fax
   Email: ccapps@cccblaw.com

THE MOLLENHOUR LAW FIRM

By  /s/ Mike Mollenhour_____
   Mike Mollenhour
   Attorney for Morristown Block & Concrete
   Products Company
   P. O. Box 9299
   Knoxville, TN 37940-2099
   (877) 609-1040
   (877) 609-1040 – Fax
   Email: ehauser@mollenhour.com

HUNTER, SMITH & DAVIS, LLP

By  /s/ Christopher D. Owens_____
   Christopher D. Owens
   Attorney for Appalachian Products, Inc.
   100 Med Tech Parkway, Suite 110
   Johnson City, TN 37604
   (423) 283-6312
   (423) 283-6301 – Fax
   Email: cowens@hsdlaw.com

## CERTIFICATE OF SERVICE

  I hereby certify that on August 29, 2013, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system, which will automatically send a notice of electronic filing to:

  Christopher P. Capps, Esq.
  Capps, Cantwell, Capps & Byrd
  P. O. Box 1897
  Morristown, TN 37816-1897

  Evan E. Hauser, Esq.
  The Mollenhour Law Firm
  P. O. Box 9299
  Knoxville, TN 37940-2099

  Christopher D. Owens, Esq.
  Hunter, Smith & Davis, LLP
  100 Med Tech Parkway, Suite 110
  Johnson City, TN 37604

  I further certify that there are no non-CM/ECF participants in this case.

            /s/ Gregory W. O'Neal
            Gregory W. O'Neal